**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/7/2022_____
```

---

**VICTOR LOPEZ,** *on behalf of himself and all*
*other persons similarly situated***,**

                                **Plaintiff,**

                        **-against-**

**SNOW COSMETICS LLC,**

                                **Defendant.**

---

                                **21-cv-10703 (ALC)**

                                **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and with prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

forty-five days.

**SO ORDERED.**

Dated:     April 7, 2022
           New York, New York

                                _____
                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**